[No. 73934-4-I.   Division One.   November 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS SIMUKAS ROBLES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-02170-6, David E. Gregerson, J., entered August 7, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Cox and Trickey, JJ.

[Nos. 45232-4-II; 45262-6-II;   Division Two.   November 10, 2015.]
    46284-2-II.

THE STATE OF WASHINGTON, *Respondent*, v. FRANK S. BELLUE, *Appellant*.

*In the Matter of the Personal Restraint of* FRANK S. BELLUE, *Petitioner*.

Appeals from a judgment of the Superior Court for Pierce County, No. 12-1-02120-3, Thomas P. Larkin, J., entered August 16, 2013, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Bjorgen, A.C.J., concurred in by Lee and Sutton, JJ.

[No. 45744-0-II.   Division Two.   November 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY ALLEN RIFFE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-1-00413-1, Richard L. Brosey, J., entered December 3, 2013. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Maxa and Lee, JJ.